330

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Alfred John Saulsgiver appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Saulsgiver v. Angelone*, No. CA–99–783 (E.D. Va. June 26, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

ney, LeDora Knight, Office of the United States Attorney, Alexandria, VA, for appellee.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Maxine Edwards seeks to appeal the district court's order denying her motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Edwards*, No. CR–96–363 (E.D.Va. Mar. 10, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Maxine EDWARDS, Defendant–Appellant.**

No. 00–7070.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 18, 2001.

Decided Jan. 24, 2001.

Maxine Edwards, pro se. Justin W. Williams, Assistant United States Attor-

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Larry Level MCCONNEYHEAD,**
**Defendant–Appellant.**

No. 00–7080.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 20, 2000.

Decided Jan. 24, 2001.